IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA D. TYSON JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:19-cv-1093-WKW-SMD |
| v. | ) |
| | ) |
| DEUTSCHE BANK NATIONAL | ) |
| TRUST COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Currently before the Court is Plaintiff's form Complaint (Doc. 1) that attempts to assert a claim for interpleader under Federal Rule of Civil Procedure 22. On June 16, 2020, the undersigned entered an Order (Doc. 6) directing Plaintiff to file an amended complaint. In that Order, the undersigned set forth the deficiencies within Plaintiff's Complaint, including that the Complaint did not comply with the Federal Rules of Civil Procedure and that it failed to establish this Court's jurisdiction over the action. (Doc. 6) at 6. The undersigned afforded Plaintiff until June 30, 2020, to file an amended complaint addressing these deficiencies and warned Plaintiff that her "**[f]ailure to comply with this Order will result in the undersigned entering a recommendation that Plaintiff's complaint be dismissed for failure to prosecute and failure to follow the Court's orders**." *Id.* (emphasis in original).

As of this date, Plaintiff has not filed an amended complaint. Therefore, it is the

RECOMMENDATION of the undersigned that Plaintiff's Complaint (Doc. 1) be dismissed for failure to abide by orders of the Court and failure to prosecute this action. It is further

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation **on or before July 29, 2020**. Plaintiff must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar Plaintiff from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of Plaintiff to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Secs., Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*). Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

DONE this 15th day of July, 2020.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE