IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA D. TYSON JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:19-CV-1093-WKW ) [WO] |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On July 15, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

Final judgment will be entered separately.

DONE this 5th day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE